# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 227

David Geiger,                                           Petitioner and Appellant

v.

State of North Dakota,                                  Respondent and Appellee

## No. 20250236

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

David N. Ogren, Grand Forks, ND, for petitioner and appellant; on brief.

Julie A. Lawyer, State's Attorney, Bismarck, ND, for respondent and appellee; on brief.

## Geiger v. State
### No. 20250236

**Per Curiam.**

[¶1]   David Geiger appeals from a district court order denying his application for postconviction relief. Geiger argues he received ineffective assistance of counsel because his trial attorney failed to introduce certain evidence in his defense. After a hearing, the court denied Geiger's application, concluding he failed to establish his claim of ineffective assistance of counsel.

[¶2]   Findings of fact made in a postconviction relief proceeding are subject to the clearly erroneous standard of review. *Urrabazo v. State*, 2024 ND 67, ¶ 6, 5 N.W.3d 521. The district court's findings of fact are not clearly erroneous and the court did not err in determining Geiger failed to establish his ineffective assistance of counsel claim. We summarily affirm the order under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr